**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| MEGAN K. MOTT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 2:12-cv-02728-KHV-JPO |
| | ) |
| PHYSICIANS REFERENCE | ) |
| LABORATORY, LLC, | ) |
| | ) |
|    Defendant | ) |
| _____ | ) |

**JOINT STIPULATED VOLUNTARY DISMISSAL**

COME NOW the parties to this action pursuant to Rule 41(a)(1)(ii), FRCP, and voluntarily dismiss this action with prejudice, with each party to pay her/its own costs and attorneys' fees.

               s/ Michael M. Shultz_____
               Michael M. Shultz #18093
               LAW FIRM OF MICHAEL M. SHULTZ
               901 Kentucky, Suite 305
               Lawrence, Kansas 66044
               785-838-4300
               ATTORNEYS FOR PLAINTIFF MOTT

               s/ Henry Cox_____
               Henry R. Cox
               4310 Madison
               Kansas City, MO 64111
               816-268-1022
               ATTORNEY FOR DEFENDANT